UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD E. CURRY, SR., | CASE NO. CV F 13-1382 LJO BAM |
| Plaintiff, | **ORDER TO REFER MOTION TO MAGISTRATE JUDGE AND TO VACATE HEARING**<br>(Doc. 9.) |
| vs. | |
| TOM HEID, et al., | |
| Defendants. | |
| _____ / | |

To expedite this matter and to promote best use of resources, this Court REFERS defendant United States' F.R.Civ.P. 12 motion to dismiss (doc. 9) to U.S. Magistrate Judge Barbara A. McAuliffe to issue findings and recommendations or orders deemed appropriate. This Court VACATES the November 14, 2013 hearing on the motion to dismiss set before U.S. District Judge Lawrence J. O'Neill and ORDERS the parties not to appear in Court at the time set for the hearing.

IT IS SO ORDERED.

Dated:   **October 9, 2013**              **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

1