UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD E. CURRY, Sr., | No. 1:13-cv-01382 – LJO-BAM |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| TOM HEID, RICHARD MEHAFFEY, UNITED STATES, | |
| | **(Doc. 12).** |
| Defendant. | |

Defendant United States has filed a motion to dismiss the complaint of Plaintiff Clifford Curry for lack of subject matter jurisdiction and failure to state a claim. (Doc. 9). The matter is currently set for hearing and decision on November 15, 2013, at 9:00 a.m. before the Honorable Judge Barbara A. McAuliffe. On November 5, 2013, the last of the briefing was timely received. (Docs. 14, 15). The Court has reviewed the moving papers and has determined that this matter has been adequately briefed and is suitable for decision without oral argument. Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of November 15, 2013, is VACATED, the parties shall not appear at that time, and the Court will take the matter under submission and will thereafter issue its decision; and

1

2. Defense Counsel shall immediately contact Plaintiff by telephone informing him of this order and that the hearing has been vacated.

3. The Clerk of the Court is DIRECTED to mail a copy of this order to Plaintiff at the following addresses:

Clifford E. Curry, Sr.
301 Standiford Avenue, #243
Modesto, California 95350

Clifford E. Curry, Sr.
1820 Pennebaker Way, No. 274
Manteca, California 95336

IT IS SO ORDERED.

Dated:  **November 8, 2013**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

2